KENTUCKY FINANCE CORPORATION, Appellant, vs. PARA-
MOUNT AUTO EXCHANGE CORPORATION, Respondent.

*October 20, 1923.*

*Adverse examination: Foreign corporations: Attendance of officer
within state: Constitutional law.*

> The requirement of sub. 7, sec. 4096, and sub. 2, sec. 4097, Stats.,
> that an officer of a foreign corporation which has brought an
> action in the state may be required to submit to an adverse
> examination within the state, is invalid, as denying to the
> corporation the equal protection of the laws. *Kentucky
> Finance Corp. v. Paramount Auto Exch. Corp.* 171 Wis.
> 586, reversed.
>
> See *Same Case,* 262 U. S. 544, 43 Sup. Ct. 636.

PER CURIAM. This case, reported in 171 Wis. 586, 178
N. W. 9, having been decided by this court upon appeal from
orders of the circuit court for Milwaukee county which
orders were by this court affirmed, and an appeal from such
judgment having been taken to the supreme court of the
United States and said court having reversed the judgment
of this court as shown by its mandate now on file:

It is ordered and adjudged, in accordance with said man-
date, that the former judgment of this court entered June 1,
1920, be and the same is hereby in all things vacated and set
aside; and

It is further ordered that the orders of the circuit court
appealed from be and the same are reversed, with costs; and
the cause is remanded with directions to reinstate plaintiff's
complaint and cause of action, and for further proceedings
according to law.